R/PC 6 FILED 2/5/2024 THOMAS G. BRUTON CLERK, U.S. DISTRICT COURT JJ

JUDGE HUNT
MAGISTRATE JUDGE KIM

RECEIVED 11/21/2023 THOMAS G. BRUTON CLERK, U.S. DISTRICT COURT JC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

Edward Abrams (Y11009) #

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

Officer B. Kelly (#15797)
(In Full and Individual Capacity)

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

Case No: _____
(To be supplied by the Clerk of this Court)

**23-CV-16174**

**CHECK ONE ONLY:**

☑ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

☐ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

☐ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

    A. Name of case and docket number: _____

    B. Approximate date of filing lawsuit: _____

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

    D. List all defendants: _____

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

    F. Name of judge to whom case was assigned: _____

    G. Basic claim made: _____

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

    I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

*✱ SEE NEXT PAGE DOCKET HISTORY*

3

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

| | | | |
|---|---|---|---|
| 1:86-cr-00427 | USA v. Abrams, et al | filed 06/02/86 | closed 12/15/04 |
| 1:86-cr-00427-1 | Edward Abrams | filed 06/02/86 | closed 12/15/04 |
| 1:86-cr-00428 | USA v. Zurek, et al | filed 04/02/86 | closed 01/28/87 |
| 1:86-cr-00428-1 | Edward Abrams | filed 04/02/86 | closed 01/28/87 |
| 1:86-cr-00431 | USA v. Abrams, et al | filed 06/02/86 | closed 09/17/86 |
| 1:86-cr-00431-1 | Edward Abrams | filed 06/02/86 | closed 09/17/86 |

**1:08-cv-02628** Byrd et al v. Ameriquest Mortgage Company, Inc. et al
Marvin E. Aspen, presiding
**Date filed:** 04/28/2008
**Date terminated:** 01/23/2012
**Date of last filing:** 01/23/2012

| | | | |
|---|---|---|---|
| 1:15-cv-08726 | Abrams v. Montgomery et al | filed 10/01/15 | closed 10/09/15 |
| 1:18-cv-02157 | Abrams v. Dart et al | filed 03/26/18 | closed 01/09/20 |
| 1:18-cv-02174 | Abrams v. Cook County Jail et al | filed 03/26/18 | closed 01/09/20 |
| 1:18-cv-08028 | Abrams v. Miles et al | filed 12/05/18 | closed 09/14/20 |
| 1:18-cv-08031 | Abrams v. Kaminski (Male) et al | filed 12/05/18 | closed 01/08/20 |
| 1:18-cv-08033 | Abrams v. Martinez | filed 12/05/18 | closed 01/08/20 |
| 1:20-cv-00459 | Abrams v. Matthews et al | filed 01/21/20 | closed 07/01/20 |

**1:20-cv-00653** Abrams v. Renzi et al
Manish S. Shah, presiding
**Date filed:** 01/29/2020
**Date terminated:** 01/31/2020
**Date of last filing:** 12/21/2020

**1:21-cv-01138** Abrams v. Mathews et al
Manish S. Shah, presiding
**Date filed:** 02/26/2021

**Date terminated:** 05/20/2021
**Date of last filing:** 05/21/2021

**1:21-cv-03756** Abrams v. Virgen et al
Manish S. Shah, presiding
**Date filed:** 07/14/2021
**Date terminated:** 06/07/2022
**Date of last filing:** 06/30/2022

**1:23-cv-02547** Abrams v. Kelly et al
Manish S. Shah, presiding
**Date filed:** 04/24/2023
**Date of last filing:** 04/24/2023

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Now Come Edward D. Abrams # Y11009, through Pro Se and in complaining of the Defendants (B. Kelly # 15797,

Used Excessive Force, Failed to Intervene, And Failure to Report.

1. This is an Action for Civil Damages Brought Pursuant to (42 U.S.C. Section 1983 for the Deprivation of Plaintiffs Constitutional Rights). This Court Has jurisdiction Pursuant to 28 U.S.C. Sec. 1331 And 1343.

2. Venue in this District is Proper Pursuant to 28 U.S.C. Sec 1391(b), Because the Facts which Give Rise To the Claims Asserted Herein occured in the (Northern) District of Illinois.

3. Plaintiff, Edward Abrams Is the Individuals who At All times Relevant Hereto were living in the (Northern) District of Illinois.

4. Defendants, Were At All times Material hereto, employed by the Cook ...

4

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

County Jail. These Defendants were responsible for the care, custody, safety and welfare of the Plaintiff while he is detained in the Cook County Jail.

5. Defendant (B. Kelly #15797) is empowered and directed to pay and judgement for compensatory damages (and associated attorney's fees and costs) for which any officer acting within the scope of his employment is found liable.

6. Defendant (Cook County Sheriff Thomas Dart ("DART") is, and at all times material to the events complained of in this complaint, the elected sheriff of Cook County, in his official capacity as sheriff of Cook County, Dart is the senior most person responsible for the operation of the Cook County Department of Corrections, including the creation and implementation of its policies and procedures with respect to the care and custody of pre-trial detainees.

7. On May 19, 2022 Plaintiff, Edward O. Abrams, were a detainee in Cook County Jail where I was confined as (pre-trial detainee).

### Count 1

[(Pendant state claim of common law battery)]

• The defendant officers cased physical injuries to the plaintiff without any provocation or lawful justification and thereby committed a battery on the plaintiff.

5

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

8. C/O (B. Kelly # 15797) used brutal excessive force when after a altercation led to (John Doe #1, John Doe #2) taking me to the ground, defendant ran up at least 10 feet from afar and began while striking me with closed fist (approximately 12 times) in my facial area, while I was restrained by other officers in handcuffs and laying on my chest and stomach posing no threat.

- The unlawful conduct of the defendant officers was willful and wanton and proximately caused great bodily harm and psychological injuries to plaintiffs right eye and head area. Wherefore, plaintiff (Edward D. Abrams) ask judgement against defendants, (B. Kelly, John Doe #1, John Doe #2) in a sum sufficient to compensate the plaintiff for his injuries.

### Count II
### (Violation of Eighth Amendment Rights)

- Plaintiff reallege and incorporate paragraph (1-All) as fully stated herein.
- Defendants (B. Kelly # 15797) intented and caused the plaintiff to suffer great physical and emotional harm.
- The actions of the defendants (B. Kelly # 15797, John Doe #1, John Doe #2) resulted in a deliberate and malicious deprivation ...

5

Revised 9/2007

of Plaintiffs Constitutional Rights as guaranteed to the Plaintiffs by the Eigth Amendment to the Constitutional, as made Applicable to the states by the Fourteenth Amendment. Wherefore, Plaintiff ask judgement against Defendants (B.Kelly #15797, John Doe #1, John Doe #2) in a sum sufficient to compensate them for the wrongful deprivation of civil rights, and for punitive and exemplary damages, plus costs and reasonable attorneys fees.

Count III

(Cook County Jail) Correctional officers

- Plaintiffs re-allege and incorporate paragraphs (1- All) above as fully stated herein.
- Defendants (B.Kelly #15797 and John Doe #1, and John Doe #2) Correctional officers having full knowlege of Defendant (CCDOC officer (B.Kelly #15797) misconduct and above abuse outlined above, knowingly and intentionally failed to take any action to protect the Plaintiff, thereby allowing Defendant (Edward D. Abrams) Abuse to occur without intervention which (John Doe #1, John Doe #2) Allowed Defendant Liable (B.Kelly #15797) to physically harm a pretrial Detainee.
- In Allowing Defendant (Edward D. Abrams) misconduct and abuse of the Plaintiff (B.Kelly #15797) and in doing nothing to stop the Abuse, the Defendant (Edward D. Abrams) intended...

5

And caused the Plaintiff to suffer great physical and emotional harm.

The actions of the Defendant, (B. Kelly # 15797, John Doe # 1, John Doe # 2) resulted in a deliberate and malicious deprivation of Plaintiffs Constitutional Rights as guaranteed to this Plaintiff by the Fourth Amendment to the Constitutional Rights of the Constitution, as made applicable to the States by the Fourteenth Amendment.

Wherefore, Plaintiff (Edward O. Abrams), ask judgement against Defendants (B. Kelly # 15797, John Doe # 1, John Doe # 2) Correctional Center Sheriff - Thomas Dart, and Cook County, in a sum sufficient to compensate them for the wrongful deprivation of their civil rights for punitive and exemplary damages, plus costs and reasonable attorney's fees.



# COOK COUNTY SHERIFF'S OFFICE
## OFFICE OF PROFESSIONAL REVIEW
## COMPLAINT REGISTER

### GENERAL INFORMATION

| NAME (LAST, FIRST, M.I.): | AGE: | BIRTH DATE: | HOME #: | WORK/OTHER #: | HOME ADDRESS: |
|---|---|---|---|---|---|
| Abrams, Edward, O | 27 | 8-27-94 | 773-921-5309 | | 7528 S. St Lawerence |

| CITY: | STATE: | ZIP CODE: | STATE IDENTIFICATION/DRIVER LICENSE #: | STATE OF ISSUANCE: |
|---|---|---|---|---|
| Chicago | IL | 60619 | N/A | N/A |

### COMPLAINT INFORMATION

| DATE OF INCIDENT: | TIME OF INCIDENT: | LOCATION OF INCIDENT: |
|---|---|---|
| 5-19-2022 | | Cook County Jail, Division-9-1F |

**PROVIDE NAMES, BADGE NUMBERS, SQUAD NUMBER OR LICENSE PLATE, and/or PHYSICAL DESCRIPTION OF THE OFFICER AGAINST WHOM YOU WISH TO FILE THE COMPLAINT:**

Kelly, Badge #: 15797, Caucassian male, physically fit (Buff)

### WITNESS INFORMATION
*(Provide contact information for any witnesses you wish to be contacted during the investigation.)*

### NARRATIVE
*(Provide a full detailed account of your complaint and the nature of the incident)*

I was involved in a excessive force altercation where R/O Kelly 02 practically drug me to my cell by the shackle/leg iron and blue box waist chain. After a physical altercation transpired by the cell I occupied (Div-9-1F-1029) I was being taken to the ground by several other officers. While on the ground R/O Kelly 02 (#15797) came approximately 8 feet from afar and brutally assaulted me, punching me in the head and face, slamming my face into the floor causing my face to burst open bleeding profusely, leaving me to have to go to urgent care to see a doctor. The excessive force to me was done on Division-9-1F dayroom camera. Now I fear for my safety from Div-9-

☑ CONTINUE ON ADDITIONAL PAGE

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

For Defendant To Relieved of His Duties As A Sworn officer, To Be Compensated For Punitive Damages, Physical Damages, Compensated For Monetary Damages, Compensation For Emotional Damages, For Perminent Injunctive Relief For All Cook County Jail Security To Follow Laws And Policies By Ceasing Actions of Physical Assaults (Hitting Detainees with Closed Fist).

VI. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __18__ day of __Nov__, 20__23__

_____(signature)_____
(Signature of plaintiff or plaintiffs)

__Edward Abrams__
(Print name)

__Y11009__
(I.D. Number)

__2600 N. Brinton Avenue__
__Dixon, IL 61021__
(Address)